## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the Matter of ) | |
| ) | |
| PETER C. BLOCK, ) | |
|  Registered Owner of VULPES, ) | |
|  Massachusetts Registration No. MS 4340 AD, ) | |
| ) | |
| and ) | Civil Action No. |
| ) | |
| ELIZABETH H. BLOCK, ) | In Admiralty |
|  His Wife, ) | |
| ) | |
|  Plaintiffs, ) | |
| ) | |
| <u>For Exoneration from or Limitation of Liability</u> ) | |

## LIMITATION COMPLAINT

Plaintiffs Peter C. Block, Registered Owner of VULPES, Massachusetts Registration No. MS 4340 AD (the "Vessel"), and Elizabeth H. Block, His Wife, petition the Court for exoneration from or limitation of liability related to an August 18, 2019 accident in Wareham, MA, pursuant to the Limitation of Shipowners' Liability Act, 46 U.S.C. §§ 30501-12 (2006), and Supplemental Rule F of the Federal Rules of Civil Procedure:

### Jurisdiction

1. This is a case of admiralty and maritime jurisdiction pursuant to 28 U.S.C. § 1333(1), Fed. R. Civ. P. 9(h), Supplemental Rule F, and 46 U.S.C. § 30511 and § 30502 (2006).

### Venue

2. Venue is proper in the District of Massachusetts, Eastern Division, pursuant to Supplemental Rule F(9) because the Vessel has not been attached or arrested; no known suits have been commenced against its owner; the Vessel is currently laid up for the winter at G&S

1

Marine, Buzzards Bay, MA; and the Vessel was operating in Wareham, MA on navigable waters of the United States at the time of the accident.

## Parties

3. Plaintiff Peter C. Block ("Dr. Block"), is the registered owner of the Vessel.

4. Plaintiff Elizabeth H. Block is his wife. They reside in Atlanta, GA and have a summer house in Wareham, MA. Although not a registered owner of the Vessel, if she is alternatively considered a co-owner she too is entitled to petition for exoneration from or limitation of liability related to the accident.

5. The Vessel is a recreational 28 foot Nauticstar center console, built in 2019, with twin Yamaha 300 h.p. outboard engines.

6. Plaintiffs' longtime neighbor, Mary Willis, who resides in New York City and has a summer house in Wareham, MA, was injured while she was swimming in the Bourne Cove entrance channel and came in contact with the Vessel on August 18, 2019.

## The August 18, 2019 Accident

7. Around midday on August 18, 2019 Dr. Block was alone aboard the Vessel, approaching Bourne Cove from Buzzards Bay, slowly making way at "idle forward" speed. In compliance with look-out requirements and all rules of the road and regulations, he observed the narrow entrance channel and environs and neither saw nor heard anyone in the water, any swimmers, or any other vessels.

8. As Dr. Block headed for the dock on the north side of the narrow entrance channel he felt an outboard's lower unit hit something and looked aft to see Mary Willis surface. He beached the Vessel and jumped off, assisting her to shore.

9. Dr. Block, a physician, immediately rendered first aid, diminishing Mary Willis' bleeding by applying external pressure, and called 911. EMTs promptly responded, transporting her to Tobey Hospital.

10. Following its investigation, the Massachusetts Environmental Police concluded that the Vessel was not being operated in an unsafe manner and determined that Dr. Block was not operating negligently. No charges were filed against him.

11. Dr. Block and the Vessel complied with all applicable statutes and regulations and in accordance with the duty of care owed to others, including Mary Willis.

12. Mary Willis' August 18, 2019 accident with the Vessel and any and all injuries, damages, and losses claimed to have resulted from it were not caused or contributed to by any breach of applicable statutes or regulations, or any type of unseaworthiness, fault, neglect, lack of reasonable care, or liability by or on the part of Plaintiffs or the Vessel.

13. Alternatively, any breach of applicable statutes or regulations, or any type of unseaworthiness, fault, neglect, or lack of reasonable care, or liability by or on the part of Plaintiffs or the Vessel that might have contributed to any and all injuries, damages, and losses claimed to have resulted from Mary Willis' August 18, 2019 accident were occasioned and incurred without the privity or knowledge of Plaintiffs and/or were occasioned and incurred due to the fault of other parties whose actions and/or inactions are not Plaintiffs' responsibility.

**Notice of Claim**

14. Mary Willis and her husband, Jack Willis, by their attorney's August 26, 2019 letter provided Plaintiffs initial written notice of a claim for monetary recovery arising from the August 18, 2019 accident.

15. Pursuant to Supplemental Rule F(1), this Limitation Complaint is filed within six months after Plaintiffs' receipt of that letter.

16. Plaintiffs do not know the total dollar amount of the claims that may be made for injuries, damages, and losses allegedly sustained by Mary Willis, Jack Willis, and others as a result of the August 18, 2019 accident.

17. Plaintiffs expect that formal claims based on those injuries, damages, and losses will be presented in due course and that the total claims will exceed the post-casualty value of the Vessel.

**Value**

18. According to the Declaration of Jonathan K. Klopman, filed herewith, the post-casualty value of the Vessel does not exceed $160,000.

**Exoneration/Limitation**

19. Plaintiffs seek exoneration from liability for any and all injuries, damages, and losses of any kind arising from Mary Willis' August 18, 2019 accident with the Vessel including personal injuries, loss of consortium or services, income loss, as well as any other damages or claimed losses incurred which have been and/or may hereafter be asserted, and Plaintiffs state that they have valid defenses on the facts and the law.

20. Plaintiffs alternatively seek limitation of their liability arising from Mary Willis' August 18, 2019 accident with the Vessel pursuant to 46 U.S.C. §§ 30501-12, Supplemental Rule F, and case law, and to that end file herewith a Stipulation re Security for Value of Plaintiffs' Interest in the Vessel equal to $160,000 plus $500 for costs and 6% interest *per annum*, for payment into Court as ordered.

## Relief Sought

WHEREFORE Plaintiffs Peter C. Block and Elizabeth H. Block request the following relief:

1. That the Court approve the Stipulation re Security for Value of Plaintiffs' Interest in the Vessel equal to $160,000, plus costs of $500, and 6% interest *per annum*, which represents (a) the value of Plaintiffs' interest in the Vessel after Mary Willis' August 18, 2019 accident with it and (b) Plaintiffs' obligation to provide costs, in compliance with Supplemental Rule F(1) of the Federal Rules of Civil Procedure;

2. That on approving that security, the Court enter an injunctive order pursuant to Supplemental Rule F(3) ceasing and enjoining all lawsuits, causes of action, and claims against Plaintiffs arising from Mary Willis' August 18, 2019 accident with the Vessel, except in this civil action;

3. That Plaintiffs serve a copy of that injunctive order on any person to be enjoined or provide a copy to such person's counsel;

4. That the Court enter an order directing the issuance of a notice to Claimants, pursuant to Supplemental Rule F(4);

5. That the Court adjudge Plaintiffs not liable for any and all injuries, damages, or losses arising from Mary Willis' August 18, 2019 accident with the Vessel or that if Plaintiffs are held liable in any part, their liability shall be limited at a maximum to the value of their $160,000 interest in the Vessel after the accident and that Plaintiffs be discharged from any such liability upon the surrender of such interest, and that the money surrendered, secured, or to be paid as aforesaid be divided *pro rata* among such Claimants as may duly prove their claims, saving to all

parties any priorities to which they may be legally entitled, and that judgment may be entered discharging Plaintiffs from all further liability; and

6. That Plaintiffs be provided such other and further relief as the Court may deem just and proper.

RESPECTFULLY SUBMITTED February 14, 2020

>PETER C. BLOCK
>ELIZABETH H. BLOCK
>By their counsel,
>
>*/s/ David J. Farrell, Jr.*
>David J. Farrell, Jr. (BBO #559847)
>Liam T. O'Connell (BBO #694477)
>Farrell Smith O'Connell
>2355 Main Street, P.O. Box 186
>S. Chatham, MA 02659
>(508) 432-2121 x 15
>dfarrell@fsofirm.com
>loconnell@fsofirm.com

## VERIFICATION

I, Peter C. Block, depose and state:

I am the registered owner of VULPES, Massachusetts Registration No. MS 4340 AD, the recreational boat involved in Mary Willis' August 18, 2019 accident, as described in the above Limitation Complaint.

I have read the Limitation Complaint, which is true and accurate to the best of my knowledge.

I verify and declare under the pain and penalty of perjury of the laws of the United States of America pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed: February 12, 2020

_/s/ Peter C. Block_
Peter C. Block

*Certificate of Service*
I certify there has been
no appearance by Claimants
so there is no one to serve.

*/s/ David J. Farrell, Jr.*